DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ROBINSON

No. 49 PC.

Case below: 33 N.C. App. 394.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 1 November 1977.

STATE v. SHUFFORD

No. 53 PC.

Case below: 34 N.C. App. 115.

Petition by defendants for discretionary review under G.S. 7A-31 denied 11 November 1977.

STATE v. SIMMONS

No. 50 PC.

Case below: 33 N.C. App. 705.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 18 October 1977.

STATE v. TOWNSEND

No. 66 PC.

Case below: 34 N.C. App. 326.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 November 1977. Appeal dismissed ex mero motu for lack of substantial constitutional question 1 November 1977.

STATE v. WIGGINS

No. 63 PC.

Case below: 33 N.C. App. 291.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 11 November 1977.